# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiff,           )<br>                              )<br>-vs-                          )   No. CR-23-420-D<br>                              )<br>JON JON SCOTT WILSON, JR.,    )<br>a/k/a Jon Jon Scott Wilson,   )<br>                              )<br>         Defendant.           )  | |

## ORDER

Before the Court is the United States' Unopposed Motion to Amend Indictment [Doc. No. 24]. The government seeks to correct the Indictment to reflect Defendant's true legal name and to retain the name under which he was charged as an alias. Defendant does not object to the proposed amendment.

Upon consideration, the Court finds the requested change is a matter of form that does not implicate the Presentment Clause of the Fifth Amendment. *See United States v. Stegman*, 873 F.3d 1215, 1223 (10th Cir. 2017). The change constitutes a ministerial correction that "leaves the substance of the charges unaffected, . . . does not usurp the prerogative of the grand jury," and does not prejudice Defendant. *See id*.

**IT IS THEREFORE ORDERED** that the government's Unopposed Motion to Amend Indictment [Doc. No. 24] is **GRANTED**. The Indictment is hereby amended to name Jon Jon Scott Wilson, Jr., a/k/a Jon Jon Scott Wilson as the defendant currently

identified as Jon Jon Scott Wilson. The caption of this Order and all future filings in the case shall be modified accordingly to state Defendant's correct name.

**IT IS SO ORDERED** this 17th day of January, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge